AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| MEGAN MILLER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:18-cv-266 |
| ABILITY RECOVERY SERVICES, LLC | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   Plaintiff's Motion for Default Judgment (Doc. 7) and supplemental memorandum (Doc. 8) are GRANTED; Plaintiff is awarded $22,287.00, representing $1,000.00 in statutory damages for violation of the FDCPA; $10,500.00 in damages for violation of the TCPA; $1,200.00 in statutory damages under OCSPA; and $9,587.00 in attorneys' fees.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Timothy S. Black, United States District Judge   on a motion for
    Default Judgment

Date:   3/15/2019 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*